IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. M-08-023 |
| | § | |
| 0.35 ACRES OF LAND, more or less, situate | § | |
| in HIDALGO COUNTY, STATE OF | § | |
| TEXAS; BALDOMERO MUNIZ; and | § | |
| HILARIA MUNIZ, ET AL., | § | |
| Defendants. | § | |

## ORDER

Plaintiff, the United States of America, filed a Motion to Quash Defendants' 30(b)(6) Deposition Notice (Docket No. 37) on June 26, 2008. Defendants Baldomero and Hilaria Muniz currently have an expedited appeal pending before the Fifth Circuit. The Fifth Circuit's ruling, in all likelihood, will affect the need for and the extent of the noticed depositions. Pending the Fifth Circuit's ruling, this Court **GRANTS** the Plaintiff's Motion to Quash. Defendants may refile their Deposition Notice after the Fifth Circuit has ruled on their appeal or thirty days from the date of this order, whichever date is earlier. Plaintiff has leave to refile its objections in a subsequent Motion to Quash at that time.

Signed, this 10th day of July, 2008.

Andrew S. Hanen
United States District Judge